AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Todos Medical

was received by me on (date) 2-8-23

☐ I personally served the summons on the individual at (place)
2001 WestSide PKwy suit 240   on (date) 2-8-23   ; or
Alphoretta, Ga 30004
☐ I left the summons at the individual's residence or usual place of abode with (name)

, a person of suitable age and discretion who resides there,

on (date)                        , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)                        , who is

designated by law to accept service of process on behalf of (name of organization)

on (date)                        ; or

☐ I returned the summons unexecuted because                        ; or

☐ Other (specify):

My fees are $                for travel and $   75.00   for services, for a total of $ 75 0.00

I declare under penalty of perjury that this information is true.

Date: 2-10-23

Miih Part
Server's signature

Miranda Panter   Process Server
Printed name and title

83 E May St. Windin Ga 30480
Server's address

Additional information regarding attempted service, etc:

Marc R Lacrimosa
NOTARY PUBLIC
Barrow County, GEORGIA
My Commission Expires 02/11/2025

M Jun   2-10-2023