Case 1:22-cv-05134-MLB   Document 2   Filed 12/30/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Provista Diagnostics, Inc
was received by me on *(date)* 2-8-23

☒ I personally served the summons on the individual at *(place)* Provista Diagnostics, Inc 2001 Westside PKWY Suite 240 Alpharetta, Ga 30004 on *(date)* 2-8-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75 0.00

I declare under penalty of perjury that this information is true.

Date: 2-10-23

Miranda Panter
*Server's signature*

Miranda Panter   Process Server
*Printed name and title*

83 E. May St. Winder, Ga 30680
*Server's address*

Additional information regarding attempted service, etc:

Marc R Lacrimosa
NOTARY PUBLIC
Barrow County, GEORGIA
My Commission Expires 02/11/2025
M J_____ 2-10-2023