IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Charnae Jones,

    Plaintiff,

v.                                         Case No. 1:22-cv-5134-MLB

Provista Diagnostics, Inc., et al.,

    Defendants.

_____/

## **ORDER**

Before the Court is the parties' Stipulation of Dismissal Without Prejudice of Defendant Daniel Hirsch (Dkt. 22). The Court's Notice regarding FLSA Cases requires the parties to file a joint motion for approval of a settlement agreement, attaching the settlement agreement to the motion. (Dkt. 5.) The parties' stipulation of dismissal does not comply with the Court's Notice regarding FLSA Cases. If all parties agree to the dismissal of Defendant Hirsch, they must file a motion that complies with the Court's Notice regarding FLSA Cases.

Accordingly, the Court **STRIKES** the parties' stipulation of dismissal (Dkt. 22).

**SO ORDERED** this 2nd day of August, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE