IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Charnae Jones,

        Plaintiff,

                              Case No. 1:22-cv-5134-MLB

v.

Provista Diagnostics, Inc. and
Todas Medical,

        Defendants.

_____/

## **ORDER**

On October 24, 2024, the Court ordered Defendants Provista Diagnostics, Inc. and Todas Medical to pay Plaintiff Charnae Jones $56,250 and to certify in writing that payment had been paid by November 14, 2024. (Dkt. 39 at 5.) The Court further ordered Defendants that, if they were unable to complete payment by that date, they were required to show cause by November 21, 2024 as to why they should not be held in contempt. (*Id.*) On November 21, 2024, Defendants' counsel filed a notice, explaining he still had not been able to contact his clients, and they had not paid the amount as the Court ordered. (Dkt. 40

at 3.) Counsel argued that the Court should not hold Defendants in contempt, however, because they are unable to pay the amount owed given the liquidation of Todos Medical and that Provista Diagnostics appears to be out of business. (*Id.* at 6.) The Court held a contempt hearing on December 19, 2024.

For the reasons discussed at the hearing, the Court **GRANTS** Plaintiff's Motion to Hold Defendants in Contempt.[1] The Court further **GRANTS** Plaintiff 45 days of discovery on Defendants' ability to pay additional amounts for failure to comply with the Court's October 24, 2024 Order. The Court will fashion a sanction for Defendants' contempt following discovery on this issue. Plaintiff is ordered to submit a motion seeking the additional sanction by March 3, 2025.

**SO ORDERED** this 23rd day of December, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff orally requested to hold Defendants in contempt at the hearing.