IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Charnae Jones,

    Plaintiff,

v.     Case No. 1:22-cv-5134-MLB

Provista Diagnostics, Inc., et al.,

    Defendants.

_____/

## ORDER

On December 23, 2024, the Court ordered Plaintiff "to submit a motion seeking additional sanctions by March 3, 2025". (Dkt. 42.) Plaintiff failed to comply with the Court's order. On March 31, 2025, the Court again ordered Plaintiff "to show cause why she has not complied with the Court's order to submit a motion seeking additional sanctions within seven (7) days". (Docket Entry dated 03/31/2025.) The Court warned Plaintiff that failure to do so may result in sanctions, including dismissal of this case. (*Id*.) Plaintiff has twice failed to respond to the Court's orders and has not taken any further action in this case.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**

under Local Rules 41.3(A)(2) and (3).

**SO ORDERED** this 13th day of June, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE