# EXHIBIT B

# Magisterial District Judge 12-3-04

## DOCKET

Docket Number: MJ-12304-TR-0002001-2024

# Traffic Docket



Commonwealth of Pennsylvania
v.
Gerald Eustan Commissiong

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Dominic Pelino | Issue Date: | 07/22/2024 |
| OTN: | | File Date: | 07/22/2024 |
| Arresting Agency: | Derry Township Police Dept | Arrest Date: | |
| Citation No.: | E 0036121-1 | Incident No.: | P20240133860 |
| Disposition: | Guilty | Disposition Date: | 09/12/2024 |
| County: | Dauphin | Township: | Derry Township |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 10/14/2024 | Completed |
| | 10/14/2024 | Case Balance Due |
| | 09/12/2024 | Case Balance Due |
| | 09/12/2024 | Case Disposed/Penalty Imposed |
| | 09/12/2024 | Awaiting Sentencing |
| | 07/31/2024 | Awaiting Summary Trial |
| | 07/22/2024 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 09/12/2024 | 10:40 am | VIRTUAL HEARINGS | Dominic Pelino | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Commissiong, Gerald Eustan | Sex: | Male |
| Date of Birth: | 04/06/1982 | Race: | Black |
| Address(es): | | | |

**Home**
Hummelstown, PA 17036

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Commissiong, Gerald Eustan |
| Arresting Officer | Shea, Timothy C. |

### CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1 75 § 3323 §§ B | S | Duties At Stop Sign | 07/22/2024 | Guilty |

MDJS 1200

Printed: 12/24/2024  1:37 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# Magisterial District Judge 12-3-04

## DOCKET

**Docket Number:** MJ-12304-TR-0002001-2024

## Traffic Docket

Commonwealth of Pennsylvania
v.
Gerald Eustan Commissiong

Page 2 of 2

### DISPOSITION / SENTENCING DETAILS

**Case Disposition**
Guilty

**Disposition Date**
09/12/2024

**Was Defendant Present?**
No

**Offense Seq./Description**
1  Duties At Stop Sign

**Offense Disposition**
Guilty

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 09/12/2024 | Guilty | Dominic Pelino | Gerald Eustan Commissiong, Defendant |
| 07/22/2024 | Traffic Citation Filed | Magisterial District Court 12-3-04 | |

### CASE FINANCIAL INFORMATION

Case Balance: $0.00
Last Payment Amt:
Next Payment Amt:
Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| ATJ | $4.00 | $0.00 | $0.00 | ($4.00) | $0.00 |
| CAT/MCARE/General Fund | $45.00 | $0.00 | $0.00 | ($45.00) | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $10.80 | $0.00 | $0.00 | ($10.80) | $0.00 |
| County Court Cost (Act 204 of 1976) | $26.90 | $0.00 | $0.00 | ($26.90) | $0.00 |
| Emergency Medical Services (Act 45 of 1985) | $20.00 | $0.00 | $0.00 | ($20.00) | $0.00 |
| JCPS | $21.25 | $0.00 | $0.00 | ($21.25) | $0.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | ($8.00) | $0.00 |
| State Court Costs (Act 204 of 1976) | $10.80 | $0.00 | $0.00 | ($10.80) | $0.00 |
| Title 75, Motor Vehicle (Motor License Fund) | $25.00 | $0.00 | $0.00 | ($25.00) | $0.00 |
| Motor Vehicle Case Hearing Cost | $10.00 | $0.00 | $0.00 | ($10.00) | $0.00 |


Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.