# EXHIBIT C

Case 1:22-cv-05134-MLB     Document 47-3     Filed 06/24/25     Page 1 of 4

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:22-cv-05134-MLB | Court:<br>In the United States District Court for the Northern District of Georgia Atlanta Division | Job:<br>12545136 |
|---|---|---|
| Plaintiff / Petitioner:<br>CHARNAE JONES | | Defendant / Respondent:<br>PROVISTA DIAGNOSTICS, INC., And TODOS MEDICAL, LTD |
| Received by:<br>Harris Investigations, LLC | | For:<br>Lucas & Leon, LLC |
| To be served upon:<br>Provista Diagnostics, Inc., TODOS Medical, LTD., and Gerald Commissiong | | |

I, Jonathon Holcomb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Provista Diagnostics, Inc., TODOS Medical, LTD., and Gerald Commissiong, 2264 Raleigh Road, Hummelstown, PA 17036

**Manner of Service:** Bad Address

**Documents:** DEPOSITION NOTICE PURSUANT TO RULE 69 AND THE COURT'S ORDER (Received Jan 20, 2025 at 4:03pm EST), INTERROGATORIES FROM JUDGMENT CREDITOR TO JUDGMENT DEBTOR (Received Jan 20, 2025 at 4:03pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 28, 2025, 10:40 am EST at 2264 Raleigh Road, Hummelstown, PA 17036
The house is empty, realtors lock box is on the front door. Only 1 set of footprints in snow and it's leading directly to the front door/lock box.

_____   JAN 28 25
Jonathon Holcomb          Date
ID# 1079

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
717-368-6533



Feb 4, 2025 7:50:48 AM
2051C Raleigh Road
Hummelstown
Dauphin County
Pennsylvania

