# EXHIBIT E

# SecForm4.Com

| symbol, cik, or name ... | Search |

**Sec Form 4 Filing - COMMISSIONG GERALD @ TODOS MEDICAL LTD. - 2021-06-30**

Insider filing report for Changes in Beneficial Ownership

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch
What is insider trading>>

Here is the list of insider trading transaction codes

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | November 30, 2011 |
| Estimated average burden hours per response... | 0.5 |

| 1. Name and Address of Reporting Person<br>**COMMISSING GERALD** | 2. Issuer Name **and** Ticker or Trading Symbol<br>**TODOS MEDICAL LTD. [ TOMDF**] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X __ Director _____ 10% Owner<br>X __ Officer (give title _____ Other (specify below)<br>below)<br>CEO and Director |
|---|---|---|
| (Last)       (First)       (Middle)<br>C/O TODOS MEDICAL LTD., 121 DERECH MENACHEM BEGIN, 30TH FLOOR | 3. Date of Earliest Transaction (MM/DD/YY)<br>06/30/2021 | |
| (Street)<br>TEL AVIV, L36701203 | 4. If Amendment, Date Original Filed (MM/DD/YY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ X _ Form filed by One Reporting Person<br>_____ Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Ordinary Shares | 06/30/2021 | | P | | 1,051,480 | A | $ 0.034 [1] | 1,051,480 | D | |
| Ordinary Shares | | | | | | | | 78,025,645 | I | See footnote [2] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### ( e.g. , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| COMMISSIONG GERALD<br>C/O TODOS MEDICAL LTD.<br>121 DERECH MENACHEM BEGIN,<br>30TH FLOOR<br>TEL AVIV, L36701203 | X | | CEO and Director | |

### Signatures

| | |
|---|---|
| /s/ Gerald Commissiong | 07/08/2021 |
| Signature of Reporting Person | Date |

**Explanation of Responses:**

( 1 ) Shares were purchased for an average price of $0.034 per share.

( 2 ) Shares are held by Amarantus Bioscience Holdings, Inc. Mr. Commissiong is the Executive Chairman and controlling shareholder of Amarantus and in such capacity holds voting and dispositive power over the securities held by such entity.

**Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.**

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

About Us    Products    Terms of Use    Privacy Statement    Contact    Sitemaps

SecForm4.Com
Symbol, cik, or name ...    Search

# Sec Form 4 Filing - COMMISSIONG GERALD @ TODOS MEDICAL LTD. - 2022-08-24

Insider filing report for Changes in Beneficial Ownership

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch

What is insider trading>>

Here is the list of insider trading transaction codes

# FORM 4

OMB APPROVAL

OMB Number:    3235-0287
Expires:    November 30, 2011
Estimated average burden hours per response...    0.5

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| COMMISSIONG GERALD | TODOS MEDICAL LTD. [ TOMDF] | (Check all applicable) |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (MM/DD/YY) | X Director    10% Owner |
| C/O TODOS MEDICAL LTD., 121 DERECH MENACHEM BEGIN, 30TH FLOOR | 08/24/2022 | X Officer (give title below)    Other (specify below) |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YY) | CEO and Director |
| TEL AVIV, L3 6701203 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)  (State)  (Zip) | | X Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary Shares | 08/24/2022 | | P | | 1,000,000 | A | $ 0.032 | 2,051,480 | D | |
| Ordinary Shares | | | | | | | | 78,025,645 | I | See Footnote1 |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| COMMISSIONG GERALD C/O TODOS MEDICAL LTD. 121 DERECH MENACHEM BEGIN, 30TH FLOOR TEL AVIV, L36701203 | X | | CEO and Director | |

### Signatures

| | |
|---|---|
| /s/ Gerald Commissiong | 08/24/2022 |
| Signature of Reporting Person | Date |

**Explanation of Responses:**

( 1 )Shares are held by Amarantus Bioscience Holdings, Inc. Mr. Commissiong is the Executive Chairman and controlling shareholder of Amarantus and in such capacity holds voting and dispositive power over the securities held by such entity.

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

 * If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

About Us     Products     Terms of Use     Privacy Statement     Contact     Sitemaps

# SecForm4.Com

symbol, cik, or name ...    Search

**Sec Form 4 Filing - COMMISSIONG GERALD @ TODOS MEDICAL LTD. - 2023-03-28**

Insider filing report for Changes in Beneficial Ownership

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch

What is insider trading>>

Here is the list of insider trading transaction codes

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | November 30, 2011 |
| Estimated average burden hours per response... | 0.5 |

| 1. Name and Address of Reporting Person<br>**COMMISSIONG GERALD** | 2. Issuer Name **and** Ticker or Trading Symbol<br>**TODOS MEDICAL LTD. [ TOMDF]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle)<br>C/O TODOS MEDICAL LTD., 121 DERECH MENACHEM BEGIN, 30TH FLOOR | 3. Date of Earliest Transaction (MM/DD/YY)<br>03/28/2023 | X __ Director _____ 10% Owner<br>X __ Officer (give title _____ Other (specify below) below)<br><br>CEO and Director |
| (Street)<br>TEL AVIV, L36701203 | 4. If Amendment, Date Original Filed (MM/DD/YY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ X _ Form filed by One Reporting Person<br>_____ Form filed by More than One Reporting Person |
| (City)          (State)          (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (MM/DD/YY) | 2A. Deemed Execution Date, if any (MM/DD/YY) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Ordinary Shares | 03/28/2023 | | P | | 5,000,000 | A | $ 0.0009 | 7,055,680 | D | |
| Ordinary Shares | | | | | | | | 78,025,645 | I | See footnote [1] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (MM/DD/YY) | 3A. Deemed Execution Date, if any (MM/DD/YY) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (MM/DD/YY) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| **Reporting Owners** | | | | | **Signatures** | |
|---|---|---|---|---|---|---|
| | **Relationships** | | | | /s/ Gerald Commissiong | 03/29/2023 |
| **Reporting Owner Name / Address** | Director | 10% Owner | Officer | Other | Signature of Reporting Person | Date |
| <u>COMMISSIONG GERALD</u><br>C/O TODOS MEDICAL LTD.<br>121 DERECH MENACHEM BEGIN, 30TH FLOOR<br>TEL AVIV, L36701203 | X | | CEO and Director | | | |

**Explanation of Responses:**

( **1** )Shares are held by Amarantus Bioscience Holdings, Inc. Mr. Commissiong is the Executive Chairman and controlling shareholder of Amarantus and in such capacity holds voting and dispositive power over the securities held by such entity.

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# SecForm4.Com

symbol, cik, or name ...    Search

## Insider Trading & Ownership - COMMISSIONG GERALD

Insider Trading    Portfolio Holdings

Real time insider trading transaction history:

- Insiders are prohibited from making short-swing profits by trading their shares within 6 months of the registration or acquiring the shares.
- Shares are not adjusted for stock split.

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise"
- Peter Lynch
What is insider trading>>

Time period  5 Years  ▼  Go!



Total buys: **$72,250** , total sales: $0 , net: **$72,250**

Common stock purchase or sale:

| Transaction Date | Reported DateTime ▼ | Company | Symbol | Insider Relationship | Shares Traded | Average Price | Total Amount | Shares Owned | Filing |
|---|---|---|---|---|---|---|---|---|---|
| 2023-03-28 Purchase | 2023-03-29 2:58 pm | TODOS MEDICAL LTD. | TOMDF | COMMISSIONG GERALD CEO and Director | 5,000,000 | $0.0009 | $4,500 | 85,081,325 (Indirect Direct) | View |
| 2022-08-24 Purchase | 2022-08-24 12:40 pm | TODOS MEDICAL LTD. | TOMDF | COMMISSIONG GERALD CEO and Director | 1,000,000 | $0.032 | $32,000 | 80,077,125 (Indirect Direct) | View |
| 2021-06-30 Purchase | 2021-07-08 10:43 am | TODOS MEDICAL LTD. | TOMDF | COMMISSIONG GERALD CEO and Director | 1,051,480 | $0.034 | $35,750 | 79,077,125 (Indirect Direct) | View |

About Us     Products     Terms of Use     Privacy Statement     Contact     Sitemaps



**GEORGIA**
**CORPORATIONS**
**DIVISION**

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Provista Diagnostics, Inc.** | Control Number: | **20036412** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Professional, Scientific, and Technical Services** | NAICS Sub Code: | **Testing Laboratories** |
| Principal Office Address: | **2001 Westside Parkway, Suite 240, Alpharetta, GA, 30004, USA** | Date of Formation / Registration Date: | **3/4/2020** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2024** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Daniel Hirsch** |
| Physical Address: | **2001 Westside Parkway, Suite 240, Alpharetta, GA, 30004, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Daniel Hirsch | Secretary | 2001 Westside Parkway, Suite 240, Alpharetta, GA, 30004, USA |
| Daniel Hirsch | CFO | 40 Wall Street, Suite 2702, New York, GA, 10005, USA |
| Gerald Commising | CEO | 40 Wall Street, Suite 2702, New York, NY, 10005, USA |

Back            Filing History        Name History
                    Return to Business Search



Home        Product 1

# 20+ Years of Innovative Research

A next generation diagnostic test that measures the Tollo Health protease biomarker in human tissue for viral load, contagiousness, and active disease throughout the body

# A High-Value Spinoff

Tollo Health Pharma is a high-value spinoff of parent companies Todos Medical and NLC Pharma. Todos Medical, led by President and CEO Gerald Commissiong, is a diagnostics research company specializing in the development of life-saving solutions for the immune system. NLC Pharma, founded by Dr. Dorit Arad, is a computational chemistry company specializing in drug and diagnostic discovery.

While the initial global strategy for managing the spread and incidence of COVID-19 has been to rely upon herd immunity through vaccination, there have been limitations to this approach. As a result, new opportunities to combat COVID-19 have presented themselves. Tollo Health has been using the Tollo Health Protease inhibitor to stop the COVID-19 virus' ability to replicate itself and stop the spread.

Tollo Health will be launching a crowdfunding initiative to fund the requirements for an Emergency Use Authorization (EUA) submission to the FDA for Product 1 to treat hospitalized COVID-19 patients, the clinical development of Product 1, Product 2 and Product 3 for Long COVID.



Home        Product 1

**Product 1 :** is a botanically-sourced oral anti-viral drug. It's a highly potent dual mechanism Tollo Health protease inhibitor as a COVID-19 therapeutic with anti-cytokine properties.

**Product 2 :** is an immune supplement that provides support for respiratory tract infections and is the only known commercial product with a claim for Tollo Health protease inhibition.

**Product 3 :** is a Tollo Health protease diagnostic test that measures the presence of active Tollo Health protease in clinical samples. Product 3 provides a more comprehensive result and measures the amount of active Tollo Health protease as an indicator of ongoing COVID-19.

## Meet Our Experienced Team



Home     Product 1



## Chief Executive Officer and Director

Mr. Commissiong serves as Chief Executive Officer and a member of the Board of Directors of Todos Medical.
He has over ten years of experience in therapeutic and diagnostic development, including all aspects of
product licensing, research collaborations, and go-to-market strategies. He is the former CEO and co-founder
of Amarantus Bioscience, a company that developed LymPro, an Alzheimer's diagnostic currently being
advanced by Todos Medical.   Mr. Commissiong has raised over $70 million in research capital to forward
numerous scientific development programs, including those currently underway at Todos. He is a former
professional football player for the Calgary Stampeders of the Canadian Football League who received a
Bachelor of Science degree in Management Science and Engineering with a focus in Financial Decisions from
Stanford University.





### Chief Executive Officer and Director

Dr. Dorit Arad, a pioneering force in pharmaceutical innovation, holds a Ph.D. in physical organic chemistry from the Technion and boasts over 25 years of experience in the life sciences industry. As the Founder and CTO of a leading pharmaceutical company, she has spearheaded groundbreaking initiatives focused on metabolic disorders, including cancer. Dr. Arad's expertise spans academia and industry, from her role as a chemist at the Technion to serving as a professor at Tel Aviv University, specializing in Computer-assisted Drug Design from UCSF. With a track record of over 100 peer-reviewed scientific papers and more than 50 international patents, Dr. Arad has played key roles in developing revolutionary technologies such as Quantum Core Technology (QCT). Her visionary leadership has led to the establishment of MDSURE LTD, an Israeli company dedicated to providing personalized diagnostics and integrative treatment protocols for cancer patients. Dr. Dorit Arad stands at the forefront of advancing healthcare solutions, shaping the future of personalized medicine.



Home    Product 1



### Chief Financial Officer, MPH and Director

Dan Hirsch is a seasoned Managing Partner with over two decades of experience in investment banking, specializing in areas such as Investor Relations, Venture Capital, and Equities. Currently holding the position of Managing Partner at First Line Capital since 2002 and having served as the Chief Financial Officer at Todos Medical Ltd from 2020 to 2023, Dan has a proven track record of success. With a Master's degree in Healthcare Administration from The New School, his expertise extends to corporate turnarounds and significant contributions to expansion activities, notably at Hackensack University Medical Center. Dan's strategic acumen and commitment to excellence have solidified his standing as a respected professional in the financial and healthcare industries.



Home          Product 1

## Stay updated on our latest breakthroughs

Sign up to learn more about how Tollo Health is focused on developing therapeutics, diagnostics, and dietary supplements.

## Contact Us

+1 99999999

info@tollohealth.com

@tollohealth

Tollo Health

## Newsletter

Email Address

Send

© 2024. Tollo Health

 **Amarantus Releases Letter to Shareholders** ☰



# Amarantus Releases Letter to Shareholders

February 04, 2020 | Source: **Amarantus Bioscience** [Follow]
09:54 ET **Holdings, Inc.**

**Share**



f

in

⊙

✉

⊞

New York, NY, Feb. 04, 2020 (GLOBE NEWSWIRE) -- via NEWMEDIAWIRE -- Amarantus Bioscience Holdings, Inc. (OTC Pink: AMBS) ("Amarantus," or AMBS), a biotechnology holding company pursuing proprietary therapeutics and diagnostics, as well as CBD Wellness through its subsidiaries, today released a letter to shareholders:

Dear Shareholders,

On Thursday, January 30th, 2020, Amarantus announced the acquisition of a controlling interest in CBD Wellness Company Hempori, Inc, based in Dallas, TX. This transaction was completed 9 months after announcing that we were formally evaluating expanding into the legal hemp industry. With the acquisition of Hempori, Amarantus has added a cash-flow generating business unit that has the potential to drive equity value substantially while the investments we have made into our biopharmaceutical and diagnostics portfolios continue to mature. Given Amarantus' existing partnerships with Emerald Organic Products in therapeutics, and with Todos Medical and Avant Diagnostics in the diagnostics lab testing space, we now have the upside potential of science-driven biotechnology

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

[Cookies Settings]

[Reject All]

[Accept All]



**Amarantus Releases Letter to Shareholders**

☰

Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

funded by other entities, while Amarantus works with our Hempori customers to determine exactly how CBD can potentially improve symptoms associated with ailments that are poorly managed with traditional healthcare solutions. We believe the CBD movement emerging in the US is driven largely by dissatisfaction with the pharmaceutical industry that relies heavily on prescription drugs to treat symptoms caused by other prescription drugs to drive growth, and we believe there may be wellness alternatives that could ultimately lead to improved outcomes at lower overall healthcare costs, with CBD being a driving force moving the market in this direction.

**Hempori Acquisition**

After over 18 months of due diligence into the CBD space in general, and over 12 months of due diligence into Hempori specifically, we decided to invest in the CBD retail space for the following reasons:

CBD Space in General

- Cowen Research expects the US CBD Market to grow from ~$1 billion in 2018 to ~$16 billion by 2025;

- In early 2019, Cowen research conducted a market survey that showed 7% of respondents had used CBD as a supplement, and we expect the percentage of people using CBD will go up annually as the clinical utility of CBD (and other non-psychoactive cannabinoids) products becomes clearer through collection and analysis of user data;

- Significant education is required to educate consumers about CBD, leading to a high-value being placed on 'touching the customer,' and on being able to engage in data collection on customer behavior and experience, with high gross margins for retailers;

- We believe most consumers and prospective buyers of CBD products are generally people with medical problems looking to identify alternative wellness solutions for symptoms that are poorly managed by traditional healthcare products. These customers are looking to physically engage with the providers of CBD-based

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

**Amarantus** BioScience    **Amarantus Releases Letter to Shareholders**    ☰

majority of its customers are driven by a desire for symptom improvement related to an underlying medical condition, with strong customer retention having been demonstrated over the last 12 months. We have also heard from customers that Hempori's products may be significantly better than those of competitors in the marketplace. We reviewed several anecdotal case studies suggesting that there may be benefit to using Hempori products, although further research and objective data generation will ultimately be required to be able to make claims. These same customers seeking specific individual solutions also tend to identify other products that they believe may improve their health and wellness, and therefore commit additional monthly resources to purchasing CBD products;

- Hempori stores offer an attractive go-to-market strategy in CBD that leaves flexibility to adapt to emerging trends and products, while continually capturing real-world consumer data to make product and marketing decisions to improve the customer experience. This will allow us to tailor products and education services for specific categories of customers;

- Hempori has begun to leverage its storefront properties to drive online sales to its loyal customer base through monthly automatic re-orders, while beginning to build strong brand awareness as customers share their experiences, leading to genuine online engagement about how Hempori's products could potentially help new customers;

- The team at Hempori recognizes that CBD is part of a larger 'plant-based' wellness trend in the overall marketplace where people believe that wellness solutions derived from plants grown naturally may improve human and animal health in natural ways that are fundamentally different from solutions derived from chemical synthesis-based compounds (including an emerging view, for example, that broad spectrum distillate CBD has greater potential vs. CBD isolate). We are working with Hempori to evaluate adding other plant-based solutions (mushrooms, or others) to the storefront offering in order to deliver our customers with more options to attempt to improve their health and well-being.

We intend to spend the first quarter looking to identify new sales channels for Hempori's leading products, and invite shareholders in Dallas to visit the Hempori stores in-person, and for those not in the Dallas area interested in trying

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

 **Amarantus Releases Letter to Shareholders**    ☰

bath-salts-500mg/42?cs=true

3. Tinctures: https://hempori.square.site/product/5000mg-tincture-hempori-cbd/14

Hempori has several other products available at online store, including dog treats. Hempori's online store is at: https://hempori.square.site/.

**Todos Medical option to acquire Provista Dx and Management Changes**

On January 9th, 2020, our blood testing joint venture partner Todos Medical announced that it entered into an exclusive option agreement to acquire breast cancer blood testing company Provista Diagnostics. Concurrent with this announcement, I was appointed as CEO of Todos primarily to help Todos implement its plans to bring its blood testing technologies into the US market and list its common stock onto a US national stock exchange, which would ultimately create substantial value for Amarantus as a significant shareholder in Todos. As part of this initiative, we are working to complete the all-stock acquisition of Amarantus' subsidiary Breakthrough Diagnostics into Todos Medical in the near future. Breakthrough is developing the Alzheimer's blood diagnostic LymPro Test, that is based upon the scientific theory that Alzheimer's is essentially cancer of non-dividing cells that get stuck in an immune-mediated post-mitotic aberrant cell cycle cellular division process that causes the overproduction of canonical Alzheimer's proteins amyloid-beta and tau, as well as several other markers of Alzheimer's. Prior peer-reviewed work suggests LymPro has significant clinical value, and a recent interim analysis of 20 subjects in an ongoing clinical study being conducted at Leipzig University seeking to evaluate the relationship between amyloid PET radiolabeled tracers and LymPro demonstrated strong concordance between amyloid

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**



**Amarantus Releases Letter to Shareholders**

years.

With regards to the near-term commercial focus of Todos which is in the area of breast cancer, Provista Diagnostics has received investments of over $50M which it has used to develop a stable, antibody-based simple blood test that measures the presence of Tumor-associated Auto-Antibodies (TAAbs) and Serum Protein Biomarkers (SRPs) that shows strong negative predictive value (97-99%) for the presence of breast cancer in BI-RADS III/IV population (high percentage of 'dense breast' subjects), as well as in the 25-50 year-old population for which fewer screening alternatives exist because of CDC's recent guideline changes moving the age for initial mandatory mammogram screening for breast cancer to 50 years old because of the risk associated with cumulative exposure to radioactive agents that potentially cause more cancers than they find. With analytical and clinical validity now well-established in the peer-reviewed literature for its Videssa® breast cancer blood test after testing in prospective clinical studies in over 1100 human subjects, and a CLIA/CAP certified lab in place to support product launch, Provista will now be focused on reimbursement-enabling clinical studies that we expect will allow Videssa to demonstrate its value to payers by mitigating the need for unnecessary biopsies. Based on projections derived from certain clinical sites in Videssa's most recent clinical trials, unnecessary biopsies may be reduced by up to over 43% with the data provided by Videssa in the BI-RADS IV population, with even greater value in the BI-RADS III population, where unnecessary biopsies were expected to be reduced by 87%. On a combined BI-RADS III/IV basis, reduction in biopsy was projected to be over 45%.

The BI-RADS III/IV (dense breast) population represents anywhere between 20-60% of the population, depending on

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

 **Amarantus Releases Letter to Shareholders** ☰

clinical utility to an FDA standard. Upon closing of the Provista acquisition, we believe Videssa's strong data will allow it to sequentially move from its existing CPT code stacking strategy for reimbursement towards a unique code that will allow Videssa to gain value-based, stable reimbursement from third-party payers and dramatically increase the pool of physicians and patients who routinely use Videssa to help make decisions about whether to seek additional more invasive testing for breast cancer. In parallel, Todos' TM-B1 and TM-B2 assays will gain valuable information by piggybacking on Videssa's patient flow to will improve their accuracy by training TBIA's AI-driven algorithm in prospective studies to not only demonstrate equivalence to Videssa's negative predictive value data, but also show superior data in positive predictive value that could ultimately allow TM-B1 assay to become a credible alternative to mammograms.

According to a recent research report by Absolute Reports, the global Breast Biopsy market size will grow from under $550 Million in 2017 to over $1 billion by 2023, with an estimated CAGR of 11.0%. Major factors fueling market growth are the rising incidences of breast cancer among women and increase in breast cancer screening programs in different countries. In addition to this, the increase in reimbursement rates in U.S. for image-guided biopsy and the growing demand for less-invasive breast biopsy are propelling the growth of the market. The breast cancer treatment market is expected to grow from $16 billion annually in 2018 to over $35 billion by 2025. It has been demonstrated that early diagnosis for breast cancer leads to substantially improved patient outcomes and lower costs. The size of the overall mammogram breast screening market is expected to surpass $5.4 billion annually in the United States by 2022, making it an increasingly costly burden to the US healthcare system. The breast cancer blood testing market is

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**



**Amarantus Releases Letter to Shareholders**

Provista merger will provide tremendous value for the healthcare system and lead to overall improved patient outcomes.

**<u>Emerald Organic Sublicense and Recapitalization Update</u>**

The Company's plan to complete its recapitalization has taken significant strides forward in the recent weeks with the progress at Todos and acquisition of Hempori. The Company's previously announced transaction with Emerald on its therapeutics portfolios is beginning to make progress, and we expect to make announcements on some of that progress in the near future. Amarantus is continuing to negotiate with its Elto Pharma JV partner Psychogenics, Inc. and Emerald for the rights to eltoprazine to be added to the Company's existing license with Emerald for MANF and ESS.

Taken together, in the last several month the Company has added significant equity value to its balance sheet via the Emerald transaction, with additional equity to be added via the completion of the sale of Breakthrough Diagnostics to Todos Medical. These transactions are expected to more than offset our outstanding liabilities (the majority of which will be equitized as we achieve certain value-building recapitalization milestones), and pave the way for value appreciation to occur through growth in our recently-acquired Hempori business unit, as well as delivery on various milestones in our partnered Cutanogen, MANF Therapeutics, Elto Pharma, Avant Diagnostics, and Breakthrough Diagnostics business units.

We believe the Company has positioned itself in preparation for its pending Regulation A offering to be able to raise capital based on existing net value (combination of the value of Emerald equity ownership plus the royalty on therapeutic portfolio, the value of equity ownership in Todos and the value

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**



**Amarantus Releases Letter to Shareholders**

owns. With this structure now in place, we intend to complete management changes Amarantus announced it was evaluating in Q1/2019 as funding becomes available through the Reg A to retain the right executive to take the Company into the future.

We would like to thank you for continuing to be a shareholder and will provide updates as the Company continues to make progress in its plans.

*Warm Regards,*

*Gerald Commissiong*

*President & CEO*

**About Amarantus Bioscience Holdings, Inc.**

Amarantus Bioscience Holdings (AMBS) is a JLABS alumnus biotechnology company developing treatments and diagnostics for diseases in the areas of neurology, regenerative medicine and orphan diseases through its subsidiaries. The Company is also operating wellness stores in the United States through its majority-owned subsidiary Hempori, Inc.

*Hempori*

Amarantus owns 51% of Hempori, Inc. The Hempori brand is active in the Hemp industry and has over 75 products that are sold in its own stores in Dallas, Texas and online via Hempori.com. Hempori has developed unique proprietary products in the Hemp industry and is actively engaged with researchers to gather data regarding the utility of its products.

*Diagnostics*

The Company's 80.01%-owned subsidiary ***Breakthrough Diagnostics, Inc***., currently a joint venture with Todos Medical, Ltd. has licensed intellectual property rights to the Alzheimer's blood diagnostic LymPro Test ® from Leipzig University that

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

 **Amarantus Releases Letter to Shareholders**    ☰

ownership of Todos. The transaction is expected to close in the frist half of 2020. Amarantus also owns approximately 30% of the common shares of **_Avant Diagnostics, Inc,_** a tumor analysis company developing Theralink®, the proprietary phosphoprotein tumor analysis platform run using reverse phase protein array (RPPA) platform.

_Therapeutics_

AMBS' 50.1%-owned subsidiary **_Elto Pharma, Inc_** has development rights to eltoprazine, a Phase 2b-ready small molecule indicated for Parkinson's disease levodopa-induced dyskinesia, Alzheimer's aggression and adult attention deficit hyperactivity disorder, commonly known as ADHD. AMBS acquired **_Cutanogen Corporation_** from Lonza Group in 2015 and currently owns 90.1% of that subsidiary. Cutanogen is preparing for pivotal studies with Engineered Skin Substitute (ESS) for the treatment of pediatric life-threatening severe burns. ESS is a regenerative medicine-based, autologous full-thickness skin graft technology originally developed by the Shriner's Hospital that can be used to treat severe burns, as well as several other catastrophic and cosmetic dermatological indications. AMBS' wholly-owned subsidiary, **_MANF Therapeutics Inc._** owns key intellectual property rights and licenses from a number of prominent universities related to the development of the therapeutic protein known as mesencephalic astrocyte-derived neurotrophic factor ("MANF"). MANF Therapeutics is developing MANF-based products as treatments for ophthalmological disorders such as Wolfram Syndrome, Retinitis Pigmentosa and Glaucoma, as well as neurodegenerative diseases such as Parkinson's disease. MANF was discovered by the Company's Chief Scientific Officer John Commissiong, PhD. Dr. Commissiong discovered MANF from AMBS' proprietary discovery engine PhenoGuard, and believes

## Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

 **Amarantus Releases Letter to Shareholders**                    ☰

on Facebook, LinkedIn, Twitter and Google+.

**Amarantus Investor and Media Contact:**

Gerald Commissiong

President & CEO

Office: 650-862-5391

Email: gerald@amarantus.com

**Notice Regarding Forward-Looking Statements**

This letter contains forward-looking statements, about the Company's expectations, beliefs or intentions regarding, among other things, its product development efforts, business, financial condition, results of operations, strategies or prospects. Forward-looking statements can be identified by the use of forward-looking words such as "believe," "expect," "intend," "plan," "may," "should" or "anticipate" or their negatives or other variations of these words or other comparable words or by the fact that these statements do not relate strictly to historical or current matters. Forward-looking statements relate to anticipated or expected events, activities, trends or results as of the date they are made. Because forward-looking statements relate to matters that have not yet occurred, these statements are inherently subject to risks and uncertainties that could cause actual results to differ materially from any future results expressed or implied by the forward-looking statements. Many factors could cause actual activities or results to differ materially from the activities and results anticipated in such forward-looking statements, including, but not limited to, the factors summarized in the filings with the SEC.   Amarantus does not undertake any obligation to publicly update these forward-looking statements, whether as a result of new information, future events or otherwise.

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**