# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-05134-MLB
### Jones v. Provista Diagnostics, Inc. et al
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/29/2025.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 2:25 P.M.     COURT REPORTER: Jana Colter
TIME IN COURT: 00:15     DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Beverly Lucas representing Charnae Jones<br>Ian Smith representing Provista Diagnostics, Inc.<br>Ian Smith representing Todas Medical<br>Ian Smith representing Daniel Hirsch |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [47]Motion for Reconsideration GRANTED |
| MINUTE TEXT: | Hearing held on Plaintiff's [47] Motion for Reconsideration. The Court GRANTED the motion. Plaintiff shall file a motion pursuant to the Court's prior order (Dkt. 42) within 30 days. The Court GRANTED attorney Ian Smith's oral motion to withdraw as counsel for Defendants. |
| HEARING STATUS: | Hearing Concluded |