# EXHIBIT 1

**Service Type:** Non-Service
**Description of Service:**

Agent came back 3 hours later, the doortag has been removed, the silver cx-9 is still here, agent knocked again on the door. Someone inside peeped through the blinds but refuses to acknowledge or speak with me, so they have my number, they know why I'm here due to the door tag, but will not talk with me.

## Service Address

2051c Raleigh Road, Hummelstown, PA 17036

## GPS Data

**Mobile Device:** ServeManagerMobile/1.10.1 (122) (SM-S901U1/Jon's S22; Android/14)
**GPS Coordinates:** 40.2436625, -76.7105227
**GPS Timestamp:** 1738684619918

# Job & Case

**Job:** 12597701
**Priority: Routine**
**Job Type:** Standard
**Due Date:** Feb 4, 2025
**Recipient:** Provista Diagnostics, Inc., TODOS Medical, LTD., and Gerald Commissiong
**Case:** 1:22-cv-05134-MLB
**Plaintiff:** CHARNAE JONES
**Defendant:** PROVISTA DIAGNOSTICS, INC., And TODOS MEDICAL, LTD
**Court:** In the United States District Court for the Northern District of Georgia Atlanta Division
**County:**
**Documents:** DEPOSITION NOTICE PURSUANT TO RULE 69 AND THE COURT'S ORDER, INTERROGATORIES FROM JUDGMENT CREDITOR TO JUDGMENT DEBTOR

### Attempt Uploads

- Mobile Attempt Photo 2
- Mobile Attempt Photo 1

## Shared with you by:

Jonathon Holcomb
Harris Investigations, LLC
harrisinvestigationsllc@yahoo.com
888-484-9827

 Outlook

---

## Re: [ServeManager] Job #12597701 Update

**From** Beverly Lucas <beverly@lucasandleon.com>

**Date** Tue 2/4/2025 11:00 AM

**To** harrisinvestigationsllc@yahoo.com <harrisinvestigationsllc@yahoo.com>

So avoiding service. Thank you. Would you put all of that in your report?

**Beverly A. Lucas**
**Lucas & Leon, LLC**
**Post Office Box 752**
**167 Professional Park Drive**
**Clarkesville, Georgia 30523**
**706-754-2001 Office**
**706-754-8085 Facsimile**
**beverly@lucasandleon.com**

**Confidentiality Notice**
The information contained in this message may include confidential and privileged material for the sole use of the recipient(s). Any review, use, distribution or disclosure by others is STRICTLY prohibited. If you are not the intended recipient or authorized to receive for the recipient and you have received this communication in error, please notify me immediately by replying to this message and deleting the email from your computer.

Lucas & Leon, LLC does not represent you if there is not a retainer agreement signed by both parties.

---

**From:** Jonathon Holcomb <notifications@mail.servemanager.com>
**Sent:** Tuesday, February 4, 2025 10:59 AM
**To:** Beverly Lucas <beverly@lucasandleon.com>
**Subject:** [ServeManager] Job #12597701 Update

# Attempted Serve

Jonathon Holcomb shared a service notification with you:

## Details

**Process Server:** Jonathon Holcomb ID# 1079
**Date & Time:** Feb 4, 2025, 10:57 am EST

JOHN MARSHALL
LAW SCHOOL

Lucas, Beverly <balucas@johnmarshall.edu>

**Receipt from Harris Investigations (Transaction #10468892-9220)**
1 message

**Harris Investigations** <noreply@swipesimple.com>                    Thu, Jul 17, 2025 at 3:16 PM
Reply-To: Harris Investigations <harrisinvestigations37@gmail.com>
To: balucas@johnmarshall.edu

# Harris Investigations
PO box 304, Lansdale, PA 19446

| | |
|---|---|
| TRANSACTION # | 10468892-9220 |
| DATE | 07/17/2025 3:16 PM |
| RESULT | APPROVED |
| AUTH CODE | 260017 |
| TRANSACTION METHOD | PAYMENT LINK |
| TRANSACTION TYPE | SALE |
| CARDHOLDER NAME | BEVERLY LUCAS |
| CARD | XXXX-XXXXXX-X1662 |
| CARD TYPE | AMEX |
| REFERENCE NUMBER | PAY YOUR INVOICE |

| | |
|---|---|
| 1 × Pay Your Invoice | $96.95 |
| Subtotal | $96.95 |
| Customer Service Fee Program | $3.39 |

| | |
|---|---|
| TOTAL | **$100.34** |

| | |
|---|---|
| METHOD | KEY ENTERED |
| MID | XXXXXXXX7775 |
| TID | 77732672 |

Receipt sent via SwipeSimple, powered by CardFlight
© CardFlight, Inc. 2025